# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| Estate of Armenter Chatmon, pka "Bo Carter" <br><br> *Plaintiff* <br> v. <br> Warner Music, Sony/ATV Music Pub., Rhino Ent., Viacom, Folkways Music, Hal Leonard & Eric Clapton <br><br> *Defendant* | Civil Action No. 3 16 2722 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sony/ATV Music Publishing LLC
25 Madison Avenue, 24th Fl.
New York, NY 10010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Barry Neil Shrum, Esq.
SHRUM & ASSOCIATES
144 2nd Ave. N
Suite 157
Nashville, TN 37201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON
*CLERK OF COURT*

Date: OCT 14 2016

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Estate of Armenter Chatmon, pka "Bo Carter" )
)
*Plaintiff* )
)
v. ) Civil Action No. 3-16-2722
Warner Muisc, Sony/ATV Music Pub., Rhino, Viacom, )
Folkways, Leonard, Pepper & Eric Clapton )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* J.W. Pepper
191 Sheree Boulevard
Exton, Pennsylvania 19341

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Barry Neil Shrum, Esq.
SHRUM & ASSOCIATES
144 2nd Avenue N.
Suite 157
Nashville, TN 37201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON
*CLERK OF COURT*

OCT 14 2016

Date: _____  _____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| Estate of Armenter Chatmon, pka "Bo Carter"<br><br>*Plaintiff*<br><br>v.<br>Warner Music, Sony/ATV Music Pub., Rhino Ent.,<br>Viacom, Folkways Music, Hal Leonard & Eric Clapton<br><br>*Defendant* | )<br>)<br>)<br>)  Civil Action No. 3-16 2722<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rhino Entertainment Company
10635 Santa Monica Boulevard
Los Angeles, California 90025

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Barry Neil Shrum, Esq.
SHRUM & ASSOCIATES
144 2nd Ave. N
Suite 157
Nashville, TN 37201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON
*CLERK OF COURT*

OCT 14 2016

Date: _____        _____
                                *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

Estate of Armenter Chatmon, pka "Bo Carter"

*Plaintiff*

v.

Warner Music, Sony/ATV Music Pub., Rhino Ent., Viacom, Folkways Music, Hal Leonard & Eric Clapton

*Defendant*

Civil Action No. 3-16 2722

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Hal Leonard LLC
7777 W. Bluemound Road
P.O. Box 13819
Milwaukee, Wisconsin 53123

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Barry Neil Shrum, Esq.
SHRUM & ASSOCIATES
144 2nd Ave. N
Suite 157
Nashville, TN 37201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

*CLERK OF COURT*

Date: OCT 1 4 2016

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee ☑

| | |
|---|---|
| Estate of Armenter Chatmon, pka "Bo Carter" </br></br> *Plaintiff* </br> v. </br> Warner Music, Sony/ATV Music Pub., Rhino Ent., </br> Viacom, Folkways Music, Hal Leonard & Eric Clapton </br></br> *Defendant* | Civil Action No. 3-16 2722 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Richmond Organization TRO, as adminstrator for Folkways Music Publishing, Inc.
266 West 37th Street, 17th Floor
New York, NY 10018

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Barry Neil Shrum, Esq.
SHRUM & ASSOCIATES
144 2nd Ave. N
Suite 157
Nashville, TN 37201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON
*CLERK OF COURT*

Date: OCT 14 2016

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| Estate of Armenter Chatmon, pka "Bo Carter" | ) | |
| *Plaintiff* | ) ) ) | Civil Action No. 3-16 2722 |
| v. Warner Muisc, Sony/ATV Music Pub., Rhino, Viacom, Folkways, Leonard, Pepper & Eric Clapton | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* EMI Mills Music, Inc.
Attn: Legal & Businsess Affairs
126 East 56 Street, Suite 1620
New York, NY 10011

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Barry Neil Shrum, Esq.
SHRUM & ASSOCIATES
144 2nd Avenue N.
Suite 157
Nashville, TN 37201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

*CLERK OF COURT*

Date: OCT 14 2016

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Tennessee

| | |
|---|---|
| Estate of Armenter Chatmon, pka "Bo Carter" <br><br> *Plaintiff* <br> v. <br> Warner Music, Sony/ATV Music Pub., Rhino Ent., Viacom, Folkways Music, Hal Leonard & Eric Clapton <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 3 16 2722 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mr. Eric Clapton
Hurtwood Edge, The Warren
Ewhurst, Cranleigh
Surrey England GU6 7NW

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Barry Neil Shrum, Esq.
> SHRUM & ASSOCIATES
> 144 2nd Ave. N
> Suite 157
> Nashville, TN 37201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

OCT 14 2016

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| Estate of Armenter Chatmon, pka "Bo Carter" <br><br> *Plaintiff* <br> v. <br> Warner Music, Sony/ATV Music Pub., Rhino Ent., Viacom, Folkways Music, Hal Leonard & Eric Clapton <br><br> *Defendant* | ) <br> ) <br> ) Civil Action No. 3 16 2722 <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Warner Music Group Corp.
75 Rockefeller Plaza, 31st Floor
New York, NY 10019

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Barry Neil Shrum, Esq.
SHRUM & ASSOCIATES
144 2nd Ave. N
Suite 157
Nashville, TN 37201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

*CLERK OF COURT*

Date: OCT 14 2016

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| Estate of Armenter Chatmon, pka "Bo Carter" <br><br> *Plaintiff* <br> v. <br> Warner Music, Sony/ATV Music Pub., Rhino Ent., Viacom, Folkways Music, Hal Leonard & Eric Clapton <br><br> *Defendant* | ) ) ) ) ) Civil Action No. 3 16 2722 ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Viacom International Inc., a subsidary of Viacom Inc.
1515 Broadway
New York, NY 10036

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Barry Neil Shrum, Esq.
SHRUM & ASSOCIATES
144 2nd Ave. N
Suite 157
Nashville, TN 37201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

*CLERK OF COURT*

OCT 1 4 2016

Date: _____                    _____
                                                                    *Signature of Clerk or Deputy Clerk*