IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ESTATE OF ARMETIA CHATMON ) | |
| ) | |
| v. ) | NO. 3:16-2722 |
| ) | Crenshaw/Holmes |
| WARNER MUSIC GROUP CORP.; ) | |
| RHINO ENTERTAINMENT COMPANY; ) | |
| FOLKWAYS MUSIC PUBLISHERS, INC.; ) | |
| HAL LEONARD; J.W. PEPPER & SONS, INC.; ) | |
| ERIC CLAPTON; VIACOM, INC. and ) | |
| JOHN DOE NOS. 1-10 ) | |

O R D E R

On February 2, 2017, Defendant J.W. Pepper & Sons, Inc. (the "Defendant") filed a motion to dismiss for lack of jurisdiction, memorandum in support and declaration (Docket Entry Nos. 49-51). Plaintiffs filed a response on February 26, 2017 (Docket Entry No. 54). On March 7, 2017, Defendant filed a motion for leave to file a reply (Docket Entry No. 56) with an accompanying reply (Docket Entry No. 56-1), which is GRANTED.

The Clerk is directed to forward the file in this case to the Honorable Waverly D. Crenshaw, District Judge for his consideration of Defendant's motion to dismiss and the responsive filings.

The initial case management conference remains scheduled for **11:00 a.m., Thursday, April 20, 2017**, whether or not a ruling has entered on this pending motion.

It is so ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge